**REVISED August 16, 2018**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-30591

United States Court of Appeals
Fifth Circuit

**FILED**
August 15, 2018

Lyle W. Cayce
Clerk

PRUCO LIFE INSURANCE COMPANY,

Plaintiff

v.

KACIE BREEN,

Defendant - Appellee

v.

SEAN MICHAEL BREEN,

Intervenor - Appellant

------------------------------------------------------------------------

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Plaintiff

v.

KACIE BREEN,

Defendant - Appellee

v.

SEAN MICHAEL BREEN,

Intervenor – Appellant

No. 17-30591

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:15-CV-3250
USDC No. 2:15-CV-6946

---

Before GRAVES and COSTA, Circuit Judges, and BENNETT, District Judge.*

PER CURIAM:**

Upon consideration of the parties' briefing, we AFFIRM the district court's judgment for essentially the reasons given in its Order and Reasons filed on June 9, 2017.

Further, Appellee's Countermotion for Sanctions is DENIED.

---

\* District Judge for the Southern District of Texas, sitting by designation.

\*\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2